# UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

*In re:*

| | |
|---|---|
| Christa Marie Heacock, | **Chapter** 13<br>**Case Number:** 24-46129 |
| Debtor | **Judge:** Lisa S. Gretchko |

_____/

## PAYMENT ORDER

The above named Debtor(s) having filed a Petition for relief under Chapter 13 of the Bankruptcy Code, and upon motion of the Debtor(s) pursuant to L.B.R. 1007-1(c) (1)(A) (E.D.M.).

**IT IS HEREBY ORDERED** that Corewell Health, Attn: Payroll ("Payor"), at 100 Michigan St NE, Grand Rapids, MI 49503 immediately forward and make payable to:

| |
|---|
| **Krispen S. Carroll** |
| **Chapter 13 Trustee** |
| **P.O. Box 2018** |
| **Memphis, TN 38101-2018** |

$ 335.31 per** Weekly (pay period) of the Debtor(s)' future gross income until the further Order of the Court and that it cease and desist from giving effect to any prior or future garnishment or assignment of the Debtor(s)' income except for order for child support, or alimony, current withholding taxes, union dues, and medical or other insurance premiums.

**Signed on July 10, 2024**



/s/ Lisa S. Gretchko

**Lisa S. Gretchko**
**United States Bankruptcy Judge**